UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GINA M. TILL,
Plaintiff,

vs. Case No.: 3:25-cv-309-TKW-ZCB

STUDENT TRANSPORTATION
OF AMERICA, INC,
Defendant.
_______________________________________/

# ORDER

Presently before the Court is the parties' joint motion for a settlement conference. (Doc. 34). For good cause shown, the joint motion (Doc. 34) is **GRANTED** to the extent that this matter will be set for a settlement conference. The matter is hereby referred to U.S. Magistrate Judge Charles J. Kahn, Jr. who will be holding the settlement conference in this case. Counsel for the parties will be separately contacted to set a time and date for the conference.

**SO ORDERED** this 1st day of September 2026.

/s/ Zachary C. Bolitho
Zachary C. Bolitho
United States Magistrate Judge