UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GINA M. TILL,
Plaintiff,

v. Case No. 3:25-cv-309-TKW-ZCB

STUDENT TRANSPORTATION
OF AMERICA, INC.,
Defendant.
_________________________________/

**ORDER**

This matter is before the Court on a review of the docket and Defendant's "Unopposed Motion for Leave to Allow Its Insurance Representative to Participate in Settlement Conference Virtually." (Doc. 37). This order reschedules the postponed settlement conference and grants Defendant's unopposed motion for its insurance representative to appear remotely at the conference.

First, a settlement conference with the undersigned and parties was originally scheduled for Tuesday, October 13, 2026. (Doc. 36). Due to the impacts of Hurricane Isaias, the Court was closed on that date, thereby requiring the conference be postponed. After conferral and upon the consent of the parties, the settlement conference will now be rescheduled for Thursday, October 29, 2026.

Second, Defendant has filed an unopposed motion for its insurance representative to appear remotely at the settlement conference. (Doc. 37). Based

upon Defendant's representation that its insurance representative has full settlement authority and will fully participate in the conference in good faith, Defendant's insurance representative will be permitted to appear remotely at the October 29 conference.[1]

Accordingly, it is **ORDERED** that:

1. The settlement conference in this matter is rescheduled for **Thursday, October 29, 2026, at 8:30 a.m. (CDT)** in Courtroom 4 South (4th Floor), One North Palafox Street, Pensacola, Florida 32502. Aside from matters specifically addressed in the present order, all requirements, deadlines, and other matters in the original order setting the settlement conference (Doc. 36) remain in effect.

2. Defendant's unopposed motion (Doc. 37) is **GRANTED** to the extent it seeks permission for Defendant's insurance representative to appear remotely at the October 29 settlement conference.

DONE AND ORDERED this 19th day of October 2026.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

[1] Plaintiff and Plaintiff's counsel, as well as Defendant's corporate representative(s) and Defendant's counsel, are all still expected to appear in person at the conference on October 29, 2026.